# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARCHELLOR HACKNEY, | ) |
| Petitioner, | ) |
| v. | ) No. 4:07-CV-2017 CAS |
| DONALD ROPER, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

The undersigned has been randomly assigned to this case. The undersigned's brother, the Honorable Booker Shaw, is a judge on the Missouri Court of Appeals and a former circuit court judge for the 22nd Judicial Circuit Court, City of St. Louis. Consequently, it is possible that Judge Booker Shaw may have presided over the trial or appeal of petitioner's state court proceedings, which would create a conflict for the undersigned.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall inform the Court in writing and no later than thirty (30) days from the date of this Order whether Judge Booker Shaw presided over any aspect of petitioner's state court proceedings.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  11th  day of March, 2008.